**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEPSICO, INC., a North Carolina corporation, and THE CONCENTRATE MANUFACTURING COMPANY OF IRELAND, a corporation governed by the laws of the Republic of Ireland,<br><br>    Plaintiffs,<br><br>v.<br><br>R. R. IMPORTACIONES, INC., a New Jersey corporation, JAMES MARTINEZ, an individual, and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.: 11-2315(PGS)(ES)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JAMES MARTINEZ ONLY** |

Please take NOTICE that pursuant to FED. R. CIV. P. 41(a)(1)(A), Plaintiffs Pepsico, Inc. and The Concentrate Manufacturing Company of Ireland hereby voluntarily dismiss this matter without prejudice as to Defendant James Martinez ONLY.

**GENOVA, BURNS & GIANTOMASI**

        s/  John W. Bartlett
JOHN W. BARTLETT
494 Broad Street
Newark, New Jersey 07102
(973) 533-0777

Dated: May 22, 2011

and

**PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP**
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

*Attorneys for Plaintiffs PepsiCo, Inc.,
and The Concentrate Manufacturing Company of Ireland*