# GENOVA, BURNS & GIANTOMASI | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊+*
JAMES M. BURNS ◊
FRANCIS J. GIANTOMASI ◊+
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
JUDSON M. STERN ◊
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊+
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*+
PATRICK W. MCGOVERN ◊+
PETER R. YARBM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊+

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊^
MICHAEL J. OLIVEIRA ◊+
HARRY G. KAPRALOS ◊+
REBECCA MOLL FREED ◊+
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
JOHN W. BARTLETT ◊^
JASON L. SOBEL ◊+
DENA B. CALO ◊*

COUNSEL

GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊+
NICHOLAS R. AMATO ◊
HARVEY WEISSBARD ◊

OF COUNSEL

SHIRIN SAKS ◊+
ANTHONY F. BELOTTA ◊
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+
PETER F. BERK ◊
JORDANA S. ELROM ◊+
JISHA V. DYMOND ◊+
LISA A. JOHN ◊
LAUREN W. GERSHUNY ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^

MICHAEL L. MOORE ◊
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+
RAJIV D. PARIKH ◊+
GEMMA M. GIANTOMASI ◊+
AKINYEMI T. AKIWOWO ◊+
GINA M. SCHNEIDER ◊
HARRIS S. FREIER ◊+∞
DAVID K. BRODERICK ◊+
JODI C. LIPKA ◊+
CYNTHIA L. M. HOLLAND ◊+
JONATHAN B. KING ◊+

ERIC W. RUDEN ◊+
JOHN SUWATSON ◊+
MATTHEW KERTZ ◊+*^
LAWRENCE BLUESTONE ◊+
ROBERT W. FERGUSON, III ◊
LAUREN J. MARCUS ◊
JOSHUA E. KNAPP ◊+
PHILLIP M. ROPSKY ◊
JUSTIN A. JACOBS ◊+
REBECCA FINK ◊+
FRANCIS M. GIANTOMASI ◊
ERICA B. LOWENTHAL ◊+

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR ◊
MEMBER OF NEW YORK BAR +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
MEMBER OF CONNECTICUT BAR ∞
MEMBER OF VIRGINIA BAR •

September 20, 2011

**VIA FACSIMILE AND FIRST CLASS MAIL**
Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

  Re: Pepsico, Inc. et al. v. R.R. Importaciones, Inc., et al.
     **Docket No. 2:11-CV-02315**

Dear Judge Cecchi:

  This firm represents the Plaintiffs, PepsiCo, Inc. and The Concentrate Manufacturing Company Of Ireland, in this action. As I advised your Judicial Assistant, Jacquie Lambiase, earlier today, the parties have resolved the present dispute between them and reduced their agreement to a proposed Final Order, enclosed herewith. If it meets with Your Honor's approval, kindly sign and enter it on the docket in this matter. If you have any questions, please contact me by telephone or e-mail.

  Thank you very much for your attention and courtesies.

           Respectfully submitted,

          GENOVA, BURNS & GIANTOMASI

          JOHN W. BARTLETT

JWB/cr
Enclosure
 c: Ray Gonzalez, Esq. (via facsimile and first class mail)
   Philip Barengolts, Esq. (via e-mail only)

494 BROAD STREET ◘ NEWARK, NJ 07102-3230
TELEPHONE 973-533-0777 FACSIMILE 973-533-1112 WEBSITE www.genovaburns.com
NEW YORK, NY ◘ CAMDEN, NJ ◘ RED BANK, NJ ◘ PHILADELPHIA, PA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PEPSICO, INC., a North Carolina )
corporation, and THE CONCENTRATE )
MANUFACTURING COMPANY OF )
IRELAND, a corporation governed by the ) CASE NO. 2:11-CV-02315
laws of the Republic of Ireland, )
                                          ) JUDGE CLAIRE C. CECCHI
              Plaintiffs, )
                                          ) [PROPOSED] FINAL ORDER
)
vs. )
)
)
R. R. IMPORTACIONES, INC., a New )
Jersey corporation and DOES 1-10,

              Defendants.

Plaintiffs, PepsiCo, Inc., and the Concentrate Manufacturing Company of Ireland, ("Plaintiffs) and Defendant, R.R. Importaciones, Inc., hereby stipulate to entry of final judgment as follows:

     1.      This Court has jurisdiction by virtue of the fact that:

         (a)      this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051-1121 (the Lanham Act), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b); and

         (b)      jurisdiction for the New Jersey state statutory and common law claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

     2.      This Court has personal jurisdiction over Defendant, R.R. Importaciones, Inc.("Defendant").

     3.      Venue is proper in this Court, under 28 U.S.C. § 1391(a), because Defendant resides in this district and that, under 28 U.S.C. § 1391(b), a substantial part of the events or omissions giving rise to the claims occurred in this district.

4. Plaintiff, PepsiCo, Inc., is the owner, *inter alia*, of the following federal trademark registrations issued by the United States Patent and Trademark Office for marks used in connection with its PEPSI soft drinks ("PEPSI marks"):

| MARK | REG. NO. | REG. DATE | GOODS |
| --- | --- | --- | --- |
| PEPSI | 824,150 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
| PEPSI-COLA | 824,151 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
|  | 824,153 | Feb. 14, 1967 | Soft Drinks |
| PEPSI and Design | 2,100,417 | Sept. 23, 1997 | Soft Drinks |
| PEPSI and Design | 2,104,304 | Oct. 7, 1997 | Soft Drinks |

These registrations are valid, subsisting, incontestable, and constitute conclusive evidence of Plaintiff PepsiCo, Inc.'s exclusive right to use the PEPSI marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

5. Plaintiff, The Concentrate Manufacturing Company of Ireland ("CMCI"), is the owner, *inter alia*, of the following federal trademark registrations issued by the United States Patent and Trademark Office for marks used in connection with its MANZANITA SOL soft drinks ("MANZANITA SOL marks"):

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| MANZANITA SOL | 3,156,112 | October 17, 2006 | Soft drinks, and syrups and concentrates for making the same. |
| MANZANITA SOL and Design | 3,167,654 | November 7, 2006 | Soft drinks, and syrups and concentrates for making the same. |

These registrations are valid, subsisting and constitute conclusive evidence of Plaintiff CMCI's exclusive right to use the MANZANITA SOL marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

6. Without Plaintiffs' consent, Defendant has sold, in the United States, soft drinks manufactured in Mexico and meant only for sale in Mexico bearing the PEPSI marks and MANZANITA SOL marks ("Foreign Product").

7. Defendant's sale of the Foreign Product in the United States constitutes:

   (a) trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. § 1114;

   (b) unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

   (c) unfair competition in violation of New Jersey Stat. § 56:4-1;

   (d) unfair competition in violation of New Jersey state common law;

   (e) trademark infringement in violation of New Jersey common law;

   (f) trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); and

   (g) trademark dilution in violation of New Jersey Stat. § 56:3-13.20.

8. Defendant, R.R. Importaciones, Inc., and its subsidiaries, affiliates, related entities, agents, servants, employees, successors, and assigns, and all others in active concert or participation with them, shall not import into, deal, market, sell, or distribute in the United States

-3-

soft drinks manufactured or bottled in Mexico, or any other foreign country, bearing any of the PEPSI marks, the MANZANITA SOL marks or any other marks owned by PepsiCo, Inc.

9. The suit against Defendants Does 1-10 is dismissed without prejudice.

10. This Court shall retain jurisdiction over this action for purposes of construing and enforcing this Final Judgment.

11. Each party shall bear its own costs.

CONSENTED AND AGREED TO:

PEPSICO INC. and CONCENTRATE
MANUFACTURING COMPANY OF
IRELAND
By: _____
Dated: 9-20-11

Jonathan S. Jennings
Phillip Barengolts
Daniel In Hwang
PATTISHALL, MCAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone: 312-554-8000

John W Bartlett
GENOVA, BURNS & GIANTOMASI
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777

Attorneys for Plaintiffs

R.R. IMPORTACIONES, INC.
By: _____
Dated: 9-16-11

Ray Gonzalez, Esq.
545-547 39th Street #100
Union City, NJ 07087

Attorney for Defendant R.R. Importaciones,
 Inc.

SO ORDERED AND ADJUDGED:

Date: 9/20/11

_____
Hon. Claire C. Cecchi
United States District Court Judge

-4-